SANDI L. NICHOLS (BAR NO. 100403)
SHAWN T. COBB (BAR NO. 259654)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  snichols@allenmatkins.com
         scobb@allenmatkins.com

Attorneys for Plaintiff
MOONLITE ASSOCIATES LLC

STEVEN H. GOLDBERG (BAR NO. 140039)
PATRICK F. VEASY (BAR NO. 301456)
MONICA M. BROWNER (BAR NO. 329717)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Phone: (916) 447-0700
Fax: (916) 447-4781
E-Mail: steven.goldberg@stoel.com
         patrick.veasy@stoel.com
         monica.browner@stoel.com

Attorneys for Defendant
CITY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONLITE ASSOCIATES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA, a municipal corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:24-cv-00723-EKL<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Moonlite Associates LLC ("Moonlite") and Defendant and Counterclaimant the City of Santa Clara (the "City"), by and through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety (both Moonlite's Complaint against the City [Dkt. No. 1] and the City's Counterclaim against Moonlite [Dkt. No. 20]) <u>with prejudice</u>, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order to that same effect.

**Attestation Per Civil L.R. 5-1(i)(3)**

The filer of this document attests that each other signatory listed below has concurred in the filing of this document.

Dated:  March 11, 2025

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:  */s/Sandi L. Nichols*
SANDI L. NICHOLS
SHAWN T. COBB
Attorneys for Plaintiff
MOONLITE ASSOCIATES LLC

Dated:  March 11, 2025

STOEL RIVES LLP

By:  */s/Patrick F. Veasy*
STEVEN H. GOLDBERG
PATRICK F. VEASY
MONICA M. BROWNER
Attorneys for Defendant
CITY OF SANTA CLARA

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4923-8295-4022

-2-

JOINT STIPULATION FOR DISMISSAL
5:24-cv-00723-EKL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Court hereby dismisses this action, in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 12, 2025

_____
Honorable Eumi K. Lee
Judge, United States District Court